**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DREILING MILLENNIUM TRUST II,** a Florida Trust, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 10-CV-1951 ) |
| **RELIANT RENAL CARE, INC.**, a Delaware Corporation | ) ) ) ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

The nongovernmental corporate party, Dreiling Millennium Trust II, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

May 10, 2010

s/ Alexander Bilus
Alexander Bilus
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215-994-4000
Fax: 215-994-2222

*Attorney for Plaintiff Dreiling Millennium Trust II*