IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DREILING MILLENNIUM TRUST II,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-1951 |
| | : | |
| **RELIANT RENAL CARE, INC.,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 29th day of June, 2011, upon consideration of Defendant's Motion to Dismiss (doc. no. 6) and Plaintiff's response thereto, for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**